**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                        Case No. 6:22-cv-1171-WWB-DCI

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 71.47.155.229,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on November 23, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record